1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 NIKOLAY N. SAMSONOV,              )
                                     ) No. C 07-2451 MMC
13              Plaintiff,           )
                                     )
14         v.                        )
                                     ) **STIPULATION TO DISMISS; AND**
15 U.S. CITIZENSHIP AND IMMIGRATION  ) **[PROPOSED] ORDER**
   SERVICES and FEDERAL BUREAU OF    )
16 INVESTIGATION,                    )
                                     )
17              Defendants.          )
   _____)
18

19
        Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby
20
   stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without
21
   prejudice in light of the fact that the United States Citizenship and Immigration Services is now
22
   prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the
23
   dismissal of this action.
24
        Each of the parties shall bear their own costs and fees.
25
   ///
26
   //
27

28

Stipulation to Dismiss
C07-2451 MMC                              1

1  Date: June 28, 2007                                    Respectfully submitted,

2                                                         SCOTT N. SCHOOLS
                                                          United States Attorney
3

4
                                                          _____/s/_____
5                                                         ILA C. DEISS
                                                          Assistant United States Attorney
6                                                         Attorneys for Defendants

7

8

9                                                         _____/s/_____
   Date: June 20, 2007                                    NIKOLAY N. SAMSONOV
10                                                        *Pro Se*

11
                                        **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14
   Date:                                                  _____
15                                                        MAXINE M. CHESNEY
                                                          United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-2451 MMC                                    2