1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | NIKOLAY N. SAMSONOV,              )
                                       )  No. C 07-2451 MMC
13 |                Plaintiff,         )
                                       )
14 |        v.                         )
                                       )  **STIPULATION TO DISMISS; AND**
15 | U.S. CITIZENSHIP AND IMMIGRATION  )  [PROPOSED] **ORDER**
     SERVICES and FEDERAL BUREAU OF    )
16 | INVESTIGATION,                    )
                                       )
17 |                Defendants.        )
     _____)
18

19
       Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby
20
   stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without
21
   prejudice in light of the fact that the United States Citizenship and Immigration Services is now
22
   prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the
23
   dismissal of this action.
24
       Each of the parties shall bear their own costs and fees.
25
   ///
26
   //
27

28

Stipulation to Dismiss
C07-2451 MMC                                   1

| | |
|---|---|
| 1  Date: June 28, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: June 20, 2007    NIKOLAY N. SAMSONOV
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 23, 2007                    _____
                                          MAXINE M. CHESNEY
                                          United States District Judge

Stipulation to Dismiss
C07-2451 MMC                                    2